```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN BAUTISTA GUERRERO, ) <br>  aka Martin Guerrero Bautista,) <br> MARIA GUADALUPE MAGANA MAGANA,) <br> ) <br> Defendants. ) <br> _____) | NO. 2:12-MJ-203 EFB <br><br> APPLICATION AND ORDER <br> FOR UNSEALING COMPLAINT |

On August 7, 2012, the complaint was filed in the above-referenced case.  Since the defendants have now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint and this case be unsealed.

DATED: August 15, 2012          Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney


                             By:/s/ Jill M. Thomas
                                JILL M. THOMAS
                                Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 )
12         Plaintiff,            )   NO. 2:12-MJ-203 EFB
                                 )
13     v.                        )   ORDER
                                 )   FOR UNSEALING COMPLAINT
14  MARTIN BAUTISTA GUERRERO,    )
     aka Martin Guerrero Bautista,)
15  MARIA GUADALUPE MAGANA MAGANA,)
                                 )
16         Defendants.           )
    _____)
17

18      The government's request to unseal the Complaint and this case

19  is GRANTED.

20  SO ORDERED:

21  DATED: August 15, 2012

22
                    /s/ Gregory G. Hollows
23           UNITED STATES MAGISTRATE JUDGE
```